RETURN RECEIPT FOR PRE-SENTENCE REPORT/SENTENCING RECOMMENDATION/VIOLATION REPORT

Case Name: USA V ALVARO FELIX PALMAS-MEZA

Case Number: 02-CR-30077

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*Cathy Reilus*
U.S. Probation office

Date: 10-20-05